# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

MAY 2017 GRAND JURY
(Impaneled May 5, 2017)

THE UNITED STATES OF AMERICA

-vs-

BRITTANY HUTCHERSON

INDICTMENT

Violation:
Title 18, United States Code,
Section 922(a)(5)
(1 Count and Forfeiture Allegation)

### COUNT 1

**(Transferring a Firearm to an Out of State Resident)**

The Grand Jury Charges That:

Between on or about April 22, 2016, and on or about July 17, 2016, the exact date being unknown, in the Western District of New York, the defendant, **BRITTANY HUTCHERSON**, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, give, and deliver firearms, that is, a Springfield (HS Products), model XDS, .45 caliber pistol, bearing serial number S3256419; and a Walther, model PPX, .40 caliber pistol, bearing serial number FAS5004, to Maurice Rice, Maurice Rice not being a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44, Title 18, United States Code, knowing and having reasonable cause to believe that Maurice Rice was

not then residing in the State of Georgia, the State in which the defendant was residing at the time of the aforesaid transfer, giving, and delivery of the firearms.

**All in violation of Title 18, United States Code, Section 922(a)(5) and 924(a)(1)(D).**

## FORFEITURE ALLEGATION

### (Firearms and Ammunition)

### The Grand Jury Alleges That:

Upon conviction of Count 1 of the Indictment, the defendant, **BRITTANY HUTCHERSON,** shall forfeit to the United States any firearms and ammunition involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant at the time of arrest, including, but not limited to:

   a.   a Springfield (HS Products), model XDS, .45 caliber pistol, bearing serial number S3256419, and ammunition; and

   b.    a Walther, model PPX, .40 caliber pistol, bearing serial number FAS5004, and ammunition.

**All pursuant to the provisions of Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Buffalo, New York, September 4, 2018.

                                JAMES P. KENNEDY, JR.
                                United States Attorney


BY:   S/PAUL C. PARISI
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5863
        Paul.Parisi@usdoj.gov

A TRUE BILL:

S/FOREPERSON